UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-CV-20735-PCH

CHAROSALYN LUDDEN,

    Plaintiff,

v.

UNITED PARCEL SERVICES, INC., and
ROLANDO PAREDES, individually,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion asking the Court to remove personal information off line and restrict its public access. [ECF No. 41]. The Court has considered the Motion and the record. The Court weighs heavily the principle that "absent some exceptional circumstances, trials are public proceedings" as well as the "strong common law presumption in favor of access." *Brown v. Advantage Eng'g, Inc.*, 960 F.2d 1013, 1015 (11th Cir. 1992) (citations and internal quotation marks omitted). "Once a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case. Absent a showing of extraordinary circumstances . . . , the court file must remain accessible to the public." *Id.* at 1016. "Thus, it is the rights of the public, an absent third party, which are preserved by prohibiting closure of public records, unless unusual circumstances exist." *Wilson v. Am. Motors Corp.*, 759 F.2d 1568, 1570 (11th Cir. 1985). Plaintiff has not shown exceptional circumstances meriting a sealing of the record in this case. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 41]** is **DENIED**.

**DONE and ORDERED** in Chambers, in Miami, Florida, on November 7, 2016.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record